IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:25cr390-MHT
                            )            (WO)
MICHAEL JERMAINE THOMPSON   )
```

### ORDER

Upon consideration of the government's motion to strike a firearm from the forfeiture allegation in the indictment, it is ORDERED that the motion to strike (Doc. 11) is granted, and the Glock, model 27, .40 caliber pistol, bearing serial number YKD088 is stricken from the forfeiture allegation in the indictment (Doc. 1).

DONE, this the 29th day of September, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE